## BYROM v. STATE.
### No. 21682.

Court of Criminal Appeals of Texas.
June 25, 1941.

W. T. Locke, of Wichita Falls, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for misdemeanor theft.

No statement of facts or bills of exception are brought forward. Nothing is presented for review.

The judgment is affirmed.